*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HACKEL, KIRKBY, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nicholas H. GALARZA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300004**

_____

Decided: 19 September 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Yong J. Lee

Sentence adjudged 4 October 2022 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for six months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Doug Ottenwess, JAGC, USN*

_____

[1] Appellant was credited with six days pretrial confinement credit. As an act of clemency, the convening authority suspended two months of the adjudged confinement for a period of six months, at which time, unless sooner vacated, the suspended confinement would be remitted without further action.

*19 October 2023: Administrative Correction to correct scribners errors in the caption.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

J. TRAVIS WILLIAMSON
Acting Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.